**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HRB WINDDOWN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12689 (BLS)<br><br>(Jointly Administered) |
| Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust,<br><br>Plaintiff,<br>vs.<br><br>Red Chocolate, LLC,<br>Defendant. | Adv. No. 21-51385 |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety without prejudice. Defendant has defenses to the claims under 11 U.S.C. § 547(c). An answer has not been filed.

Dated: January 6, 2022

**BIELLI & KLAUDER, LLC**

By: /s/ *David M. Klauder*
David M. Klauder, Esq., DE SBN 5769
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*-and-*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167). The mailing address for each of the Debtors is HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff, Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust.*